**People of the State of Illinois, Plaintiff-Appellee, v. Merle Hornstein and Marvin Hornstein, Defendants-Appellants.**

Gen. Nos. 10,616, 10,628.

Fourth District.

November 17, 1965.

Cassidy & Cassidy, of Peoria (John E. Cassidy, Sr., of counsel), for Marvin Hornstein, appellant; and Harold Boverman, of Taylorville, for Merle Hornstein, appellant; Raymond L. Terrell, State's Attorney, of Springfield (Richard A. Hollis, First Assistant State's Attorney, of counsel), for appellee. Opinion by JUSTICE GOLDENHERSH. Not to be published in full.